CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 30 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Action No. 7:12CR32-2 |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| OSAMA MAHMUD MUSTAFA, | ) | By: Samuel G. Wilson |
| Defendant. | ) | United States District Judge |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable Robert S. Ballou, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that the court deny the Sureties' Motion to Set Aside Bond Forfeiture (Docket Item No. 290), grant the Government's Motion for Declaration and Judgment of Forfeiture of Appearance Bond (Docket Item No. 279), and stay any effort by the government to execute on the default judgment for a period of 14 days to allow for substitution of alternative assets to satisfy the judgment.

The parties have not filed objections to the Report and Recommendation. Having reviewed the Report and Recommendation and pertinent portions of the record, the court agrees with the Magistrate Judge's recommendation. Accordingly, the court hereby **ORDERS** and **ADJUDGES** that the Magistrate Judge's Report and Recommendation is **ADOPTED** in its entirety, Al-Aseer's Motion to Set Aside Bond Forfeiture is **DENIED**, the Government's Motion for Declaration and Judgment of Forfeiture of Appearance Bond is **GRANTED**, and any effort

by the government to execute on the default judgment is **STAYED** for a period of 14 days to allow for substitution of alternative assets to satisfy the judgment.

**ENTER:** This October 30/M 2013.

_____
UNITED STATES DISTRICT JUDGE